# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1: 21 MJ 234 |
| Glenn Wes Lee Croy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Glenn Wes Lee Croy

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

U.S.C. § 1752(a)(1) and (2)- Unlawful Entry on Restricted Buildings or Grounds;
U.S.C. § 5104(e)(2)(D) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Digitally signed by G.
Michael Harvey
Date: 2021.02.16
09:12:25 -05'00'

*Issuing officer's signature*

Date:   02/16/2021

City and state:   Washington, D.C.   G. Michael Harvey U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/16/2021, and the person was arrested on *(date)* 2/17/2021

at *(city and state)* Colorado Springs, CO.

Date: 2/17/2021

*Arresting officer's signature*

Holly Andersen Special Agent FB3

*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:20 am, Feb 17, 2021
JEFFREY P. COLWELL, CLERK

United States of America

v.

Glenn Wes Lee Croy

)
)
)
)
)
)

Case No. 1:21 (MJ 234

Colorado Case: 21-mj-00024-NRN

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Glenn Wes Lee Croy                                             ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment     ❏ Information      ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2)- Unlawful Entry on Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Digitally signed by G.
Michael Harvey
Date: 2021.02.16
09:12:25 -05'00'

Date:       02/16/2021

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on *(date)* 2/16/2021      , and the person was arrested on *(date)* 2/17/2021
at *(city and state)* Colorado Springs, CO        .

Date: 2/17/2021

_____
*Arresting officer's signature*

Holly Andersen, Special Agent FBI
*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | Case: 1:21-mj-00234 |
|---|---|---|
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| Glenn Wes Lee Croy, (DOB: XXXXXXXXX) | ) | Assign Date: 2/16/2021 |
| Terry Lynn Lindsey, (DOB: XXXXXXXX) | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2)- | Unlawful Entry on Restricted Buildings or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) and (G)- | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Marcum, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____02/16/2021____

_____
*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

1.      Your affiant, Robert Marcum, is a Special Agent with the Federal Bureau of Investigation and is presently tasked with investigating criminal activity on the U.S. Capitol grounds on January 6, 2021.  As a Special Agent, I am authorized by law or a Government agency to engage in or supervise the investigation of violations of Federal criminal laws.

2.      The facts in this affidavit come from my personal observations; information obtained from other agents, witnesses, and agencies; and my training and experience.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

### *Background: Events at the U.S. Capitol on January 6, 2021*

3.      The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police.  Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police.  Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.  On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

4.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020.  The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.

1

Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

5.      As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol.  As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured.  Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

7.      Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers.  Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

8.      During national news coverage of the aforementioned events, video footage and photographs which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including numerous individuals inside the U.S. Capitol building without authority to be there, individuals seeking to disrupt the

Congressional proceedings that day, individuals forcibly assaulting, resisting, and impeding the U.S. Capitol Police and associated Metropolitan Police Department officers, especially those gaining entry through violent assaults, individuals entering the offices of Congressional Representatives and at least one Senator (such as Speaker of the House Nany Pelosi and Senator Jeff Merkley), individuals damaging and/or stealing property, and otherwise engaging in disorderly and disruptive conduct.

### Facts Specific to Glenn Wes Lee Croy

9.      Glenn Wes Lee Croy ("Croy") is one individual who entered the U.S. Capitol building in Washington, D.C. on January 6, 2021.  In a conversation conducted over Facebook Messenger, Croy and an individual hereinafter referred to as "Witness 1" discussed the Capitol riots.  In the course of this Facebook Messenger conversation, Croy told Witness 1, "I was there," and sent Witness 1 a picture of himself and another individual inside the U.S. Capitol Building standing in front of an Abraham Lincoln bust statue.  This photograph is pasted below this paragraph.  Witness 1 provided this information to the FBI and identified Croy as "Wes Croy" in the below photograph as "the male on the right."



10.     The individual on the left of the above photograph has been identified by law enforcement as Terry Lynn Lindsey ("Lindsey"), as discussed below.

11.     The FBI has confirmed with the U.S. Capitol Police that the bust statue Croy and Lindsey are standing by appears to be located inside the U.S. Capitol Building.  It is titled "Lincoln the Legislator" and rests, according to the Architect of the Capitol's website, in or near the Small House Rotunda in the south wing of the Capitol.

12.     Croy's Facebook profile display name is "Wes Croy".   Open source research identified the user ID of Croy's Facebook account as 100000907014713.  Croy's Facebook profile picture is a picture of a bronze statue of Baphomet.  In the Facebook message screenshots provided by Witness 1, the profile picture is the same Baphomet statue with the profile name "Wes Croy". Additionally, the FBI viewed a Colorado driver's license photograph of Croy that was taken in 2019.  The individual in the official driver's license photo appears to be the same individual who is standing on the right in the photograph taken in front of the Abraham Lincoln statue.

13.     In addition to the above-described Facebook Messenger conversation and shared photograph, Croy also sent Witness 1 videos from inside and outside the Capitol Building.  The inside videos show at least one other individual dressing up a statue with a hat and glasses, with other statues already dressed up, and the crowd of people inside the Capitol.  The outside video is filmed from the scaffoldings and shows protestors below.

14.     As part of the investigation, the FBI obtained body camera footage from the Metropolitan Police Department that appears to show Croy inside the Capitol Rotunda. Screenshots from this body camera footage are pasted below this paragraph, with Croy indicated by a red marking.







15.     Witness 1 advised that Croy also had a Twitter account by the name "Croy Wes" and/or "LSD".  Open source research identified an account in the name of "LSD @croy_wes".  On December 27, 2020, LSD @croy_wes made a reply tweet to Colorado Congresswoman Lauren Boebert.  Boebert Tweeted, "Who is going to be in DC on January 6th to stand with President Donald Trump?" to which LSD @croy_wes replied, "fellow Coloradan we will be there."  It now appears that both the Twitter account "LSD @croy_wes" and Facebook account "Wes Croy" have been deleted.

16.     Lawfully-obtained Google records show that glenncroy70@gmail.com is associated with the following basic subscriber information: name of Glenn Croy, Google Account ID of 163150000000, recovery SMS number of 17193608764, and Account Create Date of 09/07/2016.  Open source records indicate that Croy is associated with phone number (719) 360-8764.

17.     According to records obtained through a search warrant which was served on Google, a mobile device associated with glenncroy70@gmail.com was present at the U.S. Capitol on January 6, 2021.  Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons.  This location data varies in its accuracy, depending on the source(s) of the data.  As a result, Google assigns a "maps display radius" for each location data point.  Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point.  Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time.

### *Facts Specific to Terry Lynn Lindsey*

18.     Terry Lynn Lindsey, date of birth XX/XX/XXXX, is another individual who entered the U.S. Capitol building in Washington, D.C. on January 6, 2021.  On January 7, 2021, the day after the above-described events, the FBI received a tip, via its online platform at tips.fbi.gov, that Lindsey was involved in the January 6, 2021 breach of the Capitol.  The provider of the tip (hereinafter referred to as "Witness 2"), who has met Lindsey, gave photographs to the FBI of Lindsey apparently in the Capitol and holding an American flag in proximity to others.  Judging by their angle and closeness to his person, the photographs appear to have been taken by Lindsey.  Witness 2 obtained the photographs from a close contact, who had access to one or more close contacts of Lindsey.   Witness 2's tip also included a screenshot of a Facebook profile associated with Lindsey (the "Lindsey Profile"), which is in the name "Terry Lindsey".  The FBI searched for and identified the Lindsey Profile using the screenshot.

19.     Records from Facebook show that the Lindsey Profile is in the name of Terry Lindsey, with (937) 538-8427 as the verified telephone number provided by the Lindsey Profile

holder.  Per open-source research, that telephone number is associated with Terry L. Lindsey, date of birth March 28, 1967.  The FBI believes this phone number is a historical number, previously assigned to and/or used by Lindsey.  Records obtained from Sprint indicated the number was subscribed to another person as of April 8, 2020.  A cursory review of open source, Ohio Bureau of Motor Vehicle records, and commercial databases, did not reveal a link between Lindsey and the current subscriber.  The profiles of Lindsey and Croy were "friends" on Facebook prior to the apparent deletion of Croy's account.

20.     In addition, the FBI obtained official photographs of Terry Lynn Lindsey, date of birth XX/XX/XXXX.  One photograph was from the Ohio Bureau of Motor Vehicles and dated May 5, 2015, their most recent photograph of Lindsey.  A second photograph was a police photograph of Lindsey dated December 12, 2019.  The FBI compared these two photographs to the photographs associated with the online tip and the Lindsey Profile.  The individual in the official and police photographs appeared to be the same as that in the photographs associated with the online tip and Lindsey Profile, and the FBI believes the individual in all the aforementioned photographs is in fact the same individual, Terry Lynn Lindsey.

21.     Review of the Lindsey Profile revealed photographs, posts, and commentary evidencing Lindsey's participation in the January 6, 2021 breach.  For example, on January 4, 2021, the following post appeared on the Lindsey Profile: "Going to D.C. anyone I know going give me a shout out."  Further posts to the Lindsey Profile from January 5, 2021, subsequently informed others of Lindsey's apparent location along the way, stating, "Just hit West Virginia"; "Just got to Pennsylvania"; and "In Maryland".   These posts to the Lindsey Profile are pasted below.

9



22.     On January 6, 2021, various photographs were posted to the Lindsey Profile, ostensibly taken by Lindsey and near the Capitol among a crowd consistent with the events of that day.  One such photograph showing Lindsey himself is included here.



23.     At approximately 3:38 p.m., another photograph of Lindsey was posted to the Lindsey Profile with the caption, "Inside the Capitol".  The photograph is indoors in surroundings consistent with the Capitol, next to the "Lincoln the Legislator" bust described above.  In this photograph, Lindsey held an American flag and stood next to another individual who was also holding some type of flag and wearing Trump-branded clothing.  This post is pasted below, along with a post to the Lindsey Profile bearing a substantially similar or identical photograph with a caption, "Notice how peaceful we were inside the Capitol. Don't believe the news we didn't start shit".  Lindsey is the man standing on the left in the photographs, and the FBI believes Croy is the man on the right, as discussed above.

11



24.     Lindsey and Croy also appeared in a video placing them in a building that appears consistent with the Capitol, among a crowd that appears and sounds consistent with the events of January 6, 2021.   The video was originally posted to the social-media site Parler.   It was subsequently published online by an open-source investigative journalism site, at which the FBI viewed it, as part of a chronological compilation of footage posted to Parler on or about January 6, 2021.

25.     The Metropolitan Police Department body camera footage described above that captured Croy also briefly captured Lindsey inside the Capitol Rotunda.  A screenshot from the body camera footage is pasted below, with Lindsey indicated by a red oval.



26.     Lindsey posted to the Lindsey Profile the night of January 6, 2021 as follows: "To all yens who don't like what happened today you are being brainwashed .i was there it was good until the D.C. police".  This post from the Lindsey Profile is pasted below, in redacted form to remove identifying information of another individual.

13



27.     Finally, Lindsey posted several suggestions that he traveled to Washington, D.C. and entered the Capitol Building with at least one other person.  In addition to the aforementioned photographs and video footage with Croy, Lindsey, in the comments section of the aforementioned January 4, 2021 post that stated "Going to D.C. anyone I know going give me a shout out.", responded to a question of when he was traveling by writing, "Leaving Dayton in the a.m. not ncoic just pax."  Another FBI agent has informed me that "ncoic" is an abbreviation for non-commissioned officer in charge, a leadership position within the military, and "pax" is military slang meaning passenger and/or person.  Also, at approximately 11:08 p.m. on January 6, 2021, Lindsey posted, "All I know is my D.C. roommates snoring like I don't know what."

28.     Based on the foregoing, your affiant submits that there is probable cause to believe that Croy and Lindsey each violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government

business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

29.     Your affiant submits there is also probable cause to believe that Croy and Lindsey each violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
ROBERT MARCUM
Special Agent
Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of February 2021.


_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

15

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:21-mj-00234-NRN |
| Glenn Wes Lee Croy | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Glenn Wes Lee Croy _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

     ( ✓ )    to appear for court proceedings;
     ( ✓ )    if convicted, to surrender to serve a sentence that the court may impose; or
     ( ✓ )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( ✓ ) (2)  This is an unsecured bond of $    5,000⁰⁰    .

(   ) (3)  This is a secured bond of $ _____ , secured by:

    (   ) (a)  $ _____ , in cash deposited with the court.

    (   ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.*   The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.*   I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*   I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)

Date:  _2/17/2021_                              _Glenn Wes Lee Croy_

                                                      _____
                                                      *Defendant's signature*

_____            _____
*Surety/property owner – printed name*         *Surety/property owner – signature and date*

_____            _____
*Surety/property owner – printed name*         *Surety/property owner – signature and date*

_____            _____
*Surety/property owner – printed name*         *Surety/property owner – signature and date*

*CLERK OF COURT*

Date:  _____

                                                      _____
                                                      *Signature of Clerk or Deputy Clerk*

Approved.

Date:  February 17, 2021                        _____
                                                      *Judge's signature*

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:21-mj-00234-NRN |
| Glenn Wes Lee Croy | ) | |
| _____ | ) | |
| *Defendant* | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 08/14 D/CO)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
　　Person or organization _____
　　Address *(only if above is an organization)* _____
　　City and state _____　Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

　　　　　　　　　　　　Signed: _____　_____
　　　　　　　　　　　　　　　　　　　　Custodian　　　　　　　　　　　　　Date

(✓)  (7)  The defendant must:
　　( ✓ )  (a)  submit to supervision by and report for supervision to the  U.S. Probation Office, 212 N. Wahsatch Ave, Colorado Springs, CO 719-471-3387

　　( ✓ )  (b)  continue or actively seek employment.
　　( )  (c)  continue or start an education program.
　　( )  (d)  surrender any passport to:  To the clerk, U.S. District Court within 2 business days.
　　( ✓ )  (e)  not obtain a passport or other international travel document.
　　( ✓ )  (f)  abide by the following restrictions on personal association, residence, or travel:
　　　　　　　travel is restricted to Colorado unless prior permission is granted by the Court and stay away from DC unless for Court, Pretrial or consultation with attorney
　　( )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

　　( )  (h)  get medical or psychiatric treatment:  Get medical, psychiatric, and/or mental health treatment as required by your supervising officer.

　　( )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

　　( )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
　　( ✓ )  (k)  not possess a firearm, destructive device, or other weapon.
　　( ✓ )  (l)  not use alcohol ( ) at all ( ✓ ) excessively.
　　( ✓ )  (m)  Except as authorized by court order, the defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes).  Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility.

　　( ✓ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
　　( )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
　　( )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
　　　　　　( )  (i)  **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
　　　　　　( )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
　　　　　　( )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
　　( )  (q)  submit to location monitoring ____ , as directed by the supervising officer, and comply with all program requirements and instructions provided.
　　　　　　( )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

　　( ✓ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
　　( ✓ )  (s)  The defendant shall not act as an informant for any law enforcement agency without prior permission of the Court.
　　( ✓ )  (t)  The defendant shall stay away from government buildings in Colorado, other than for authorized or official purposes
　　( ✓ )  (u)  The defendant shall call Pretrial Services once per week
　　( )  (v)  _____

AO 199C  (Rev. 09/08)  Advice of Penalties                                                      Page ___3___ of ___3___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_Celen Wes lee Croy          or authorized – by UTC – Reid Neut_
_____
*Defendant's Signature*

_Denver, Colorado_
_____
*City and State*

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  __February 17, 2021__          _Reid Neu_____
_____
*Judicial Officer's Signature*

N. Reid Neureiter, U.S. Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00234-NRN-1

Case title: USA v. Croy

Date Filed: 02/17/2021

Other court case number: 21-mj-234-GMH District of Columbia

Assigned to: Magistrate Judge N. Reid
Neureiter

**Defendant (1)**

**Glenn Wes Lee Croy**                    represented by    **Matthew Kyle Belcher**
Office of the Federal Public Defender-
Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Matthew_Belcher@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

18 § 1752(a)(1) and (2) Unlawful Entry on
Restricted Buildings or Grounds, 40 § 5104
(e)(2)(D) and (G) Violent Entry and
Disorderly Conduct on Capitol Grounds

**Plaintiff**

**USA**                                    represented by    **Cyrus Y. Chung**

U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0224
Email: cyrus.chung@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Julia K. Martinez**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Email: julia.martinez@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2021 | 1 | RULE 5 AFFIDAVIT as to Glenn Wes Lee Croy from the District of Columbia. as to Glenn Wes Lee Croy (1). (cmadr, ) (Main Document 1 replaced on 2/17/2021) (cmadr, ). (Entered: 02/17/2021) |
| 02/17/2021 | 2 | Arrest of Glenn Wes Lee Croy. Initial Appearance - Rule 5 set for 2/17/2021 02:00 PM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. (Text Only entry)(cmadr, ) (Entered: 02/17/2021) |
| 02/17/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE Julia K. Martinez appearing for USA. Attorney Julia K. Martinez added to party USA(pty:pla) (Martinez, Julia) (Entered: 02/17/2021) |
| 02/17/2021 | 4 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Initial Appearance in Rule 5(c)(3) Proceedings as to Glenn Wes Lee Croy held on 2/17/2021. Defendant present in custody. Defendant advised. Court appoints counsel. Government is not seeking detention. The Defendant is released on a $5,000 unsecured bond with conditions. Defendant advised of conditions of bond and remanded for processing and release. Identity Hearing and Preliminary Examination set for 3/3/2021 10:00 AM in Courtroom C201 before Magistrate Judge S. Kato Crews. Defendant shall report to Probation by tomorrow at 9:00 A.M. (Total time: 27 minutes, Hearing time: 2:27 - 2:54 p.m.)<br><br>**APPEARANCES BY VIDEO CONFERENCE**: Julia Martinez on behalf of the Government, Matthew Belcher on behalf of the defendant, Angela Ledesma on behalf of probation. FTR: Courtroom C204. (slibi, ) Text Only Entry (Entered: 02/17/2021) |
| 02/17/2021 | 5 | ORDER APPOINTING COUNSEL as to Glenn Wes Lee Croy by Magistrate Judge N. Reid Neureiter on 2/17/2021. Text Only Entry (slibi, ) (Entered: 02/17/2021) |
| 02/17/2021 | 6 | CJA 23 Financial Affidavit by Glenn Wes Lee Croy. (slibi, ) (Entered: 02/17/2021) |
| 02/17/2021 | 7 | Appearance Bond Entered as to Glenn Wes Lee Croy in amount of $5,000 unsecured (slibi, ) (Entered: 02/17/2021) |
| 02/17/2021 | 8 | ORDER Setting Conditions of Release by Magistrate Judge N. Reid Neureiter on |

| | | |
|---|---|---|
| | | 2/17/2021. (slibi, ) (Entered: 02/17/2021) |
| 02/17/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Matthew Kyle Belcher appearing for Glenn Wes Lee CroyAttorney Matthew Kyle Belcher added to party Glenn Wes Lee Croy(pty:dft) (Belcher, Matthew) (Entered: 02/17/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/01/2021 09:36:59 | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-00234-NRN |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**