# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Glenn Wes Lee Croy

Defendant

)
)
)
)
)
)
)

Case No. 1:21 MJ 234

## ARREST WARRANT

Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Glenn Wes Lee Croy

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

U.S.C. § 1752(a)(1) and (2)- Unlawful Entry on Restricted Buildings or Grounds;
U.S.C. § 5104(e)(2)(D) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 02/16/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.16 09:12:25 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/16/2021, and the person was arrested on *(date)* 2/17/2021
at *(city and state)* Colorado Springs, CO.

Date: 2/17/2021

Holly Andersen
*Arresting officer's signature*

Holly Andersen, Special Agent FBI
*Printed name and title*