IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-162 (BAH) |
| | ) | |
| | ) | |
| GLEN CROY. | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as counsel  for Mr. Glen Croy

in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By:      _____/s/_____
        Kira Anne West
        DC Bar No. 993523
        712  H Street N.E., Unit  509
        Washington, D.C.  20002
        Phone:  202-236-2042
        kiraannewest@gmail.com


CERTIFICATE OF SERVICE

I hereby certify on the 8th day of March, 2021 a copy of same was delivered to the

parties of record, by email  pursuant to the Covid standing order and the  rules of the Clerk of

Court.

        _____/S/_____
        Kira Anne West