# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 1:21-cr-162** |
| v. : | |
| : | |
| **GLENN WES LEE CROY** : | |
| : | |
| and : | |
| : | |
| **TERRY LYNN LINDSEY,** : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney, Clayton O'Connor, who may be contacted by telephone on 202-616-3308 or e-mail at clayton.oconnor@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:    /s/ *Clayton O' Connor*_____
        Clayton O'Connor
        Trial Attorney, Detailed to the
        United States Attorney's Office for the
          District of Columbia
        MD Bar No. 0512150005
        555 Fourth Street, N.W., Room
        Washington, D.C. 20530
        202-616-3308
        clayton.oconnor@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 17th day of May, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Clayton O'Connor_____
Clayton O'Connor
Trial Attorney, Detailed to the
United States Attorney's Office for the
   District of Columbia