UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-000162-1(BAH) |
| GLEN WES LEE CROY, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S REQUEST FOR DIRECTION FROM THE COURT**

The defendant, Mr. Croy, through his attorney, Kira Anne West, respectfully requests direction from the Court about terms of the upcoming sentencing on October 15, 2021.

Mr. Croy pled guilty to parading, demonstrating or picketing in a capitol building in violation of Title 40, United States Code, Section 5104(e)(2)(G) before this Honorable Court on August 9, 2021. At that time, the Court instructed Mr. Croy to do the following: "You are required to appear for sentencing on the sentencing date. Failure to appear as required is a separate criminal offense for which you could be sentenced to imprisonment." However, this order does not indicate if Mr. Croy has to appear in person or virtually.

Undersigned counsel has asthma and an autoimmune disease and has been vaccinated. However, at this time, she has not secured the booster shot but is trying to at this time. Mr. Croy, an American Indian, has not been vaccinated. Undersigned counsel would appreciate very much not having to appear in person

so that she would not be subject to the risk of getting the Delta variant or some other variant of Covid-19.

Undersigned counsel contacted Trial Attorney Clayton O'Connor who takes no position on having the sentencing via video conference or in person.

Respectfully submitted,

By:     /s/
KIRA ANNE WEST
DC Bar No. 993523
712 H. St NE, Unit #509
Washington, D.C. 20005
Phone: 202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 29th day of September, 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West