UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Criminal No. 1:21-cr-162 (BAH) |
| : | |
| **GLENN WES LEE CROY,** : | |
| : | |
| **Defendant.** : | |

## JOINT NOTICE OF FILING OF ITEMS
## INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Glenn Croy, by and through his attorney, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are nine digital videos that are exhibits 1 through 9, which will be referenced by the government and defense in their respective sentencing memoranda. The parties have no objection to the public release of these exhibits. The parties will make the following video evidence available to the Court electronically:

| No. | File Name | Source | Time | Length |
|---|---|---|---|---|
| 1 | Ex. 1 - CCV Senate Wing Door | U.S. Capitol Police | Approx. 2:12-2:18 pm | 6:10 second video |
| 2 | Ex. 2 – Crypt | Glenn Croy's cell phone | | 3:14 minute video |
| 3 | Ex. 3 - CCV Crypt North | U.S. Capitol Police | Approx. 2:20-2:25pm | 4:46 minute video |
| 4 | Ex. 4 - CCV House Wing Door | U.S. Capitol Police | Approx. 2:28-2:32pm;. | 3:18 minute video |
| 5 | Ex. 5 – CCV Memorial Door | U.S. Capitol Police | Approx. 2:28-2:31pm | 3:06 minute video |

| No. | File Name | Source | Time | Length |
|---|---|---|---|---|
| 6 | Ex. 6 - CCV Memorial Door | U.S. Capitol Police | Approx. 2:31-2:36pm | 4:52 minute video |
| 7 | Ex. 7 - Outside Rotunda Door | Glenn Croy's cell phone | | 1:26 minute video; |
| 8 | Ex. 8 - CCV Rotunda Door Interior | U.S. Capitol Police | Approx. 3:20-3:21pm; | :39 second video |
| 9 | Ex. 9 - BWC Inside Rotunda | Metropolitan Police Department BWC | Approx. 3:25-3:28pm; | 2:18 minute video |

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/ *Clayton O'Connor*
CLAYTON H. O'CONNOR
Trial Attorney, Detailee
MD Bar No. 0512150005
555 Fourth St NW
Washington, DC 20530
clayton.oconnor@usdoj.gov
(202) 262-9895

/s/ *Kira West*
Kira A. West
712 H St. NE
Unit #509
Washington, D.C. 20002
kiraannewest@gmail.com
(202)-236-2042