Dear honorable chief judge Howell,

I would like to start with an apology to the United States Of America first and foremost. I went to Washington DC with no intent of violence only to be heard and attend a rally for the stop the steal. I am not a very political person I am like most people I think I watch the new watch a couple debates if I catch them on t.v usually. That all changed in the summer of 2020 being laid off from my job because of covid I watched way more than I ever had my entire life combined. It started with watching for covid news and then more news after what happened to George Floyd and the chaos that erupted following. Like many I was horrified at the case but even more so when I saw the riots erupt not just in Minnesota but across the nation. A lot of us were in a bad spot jobs nonexistant, fear of covid, and savings dwindling as 15 days turned to over a month and no relief in sight. So I sympathized with the people I saw upset and taking to the streets to protest police brutality. But I could not wrap my head around the looting and violence that spread like wildfire across the nation. As the summer progressed I saw people take over 8 square blocks in Washington and Portland, being from Oregon and my mother out there recently suffering from a stroke, I had to drive out and help arrange for get to live with my foster sister just after covid started. I ended up watching Portland riots on live streams for over 100 days always fearing that it would spread further south where my mother and family were. Being on the internet so much because regular tv news would not show accurately the chaos going on I fell into rabbit holes and tried to decipher how much of the info was accurate and mostly watched livestreams with no editing.
 When the election came around I watched every debate and tried to get all the information I could. There was very little in Joe Bidens plans for the future, I remember him saying wait until I'm elected. Trump had done well with the economy and recent peace deals so it seemed obvious the choice. I had no problem with who won the election Joe Biden is the Unites States president, but that being said I saw a lot of weird peculiar things in this election. I saw people kicking out observers or observers not being allowed in from the republican party. I saw boxes get put up in windows to block press or people from observing outside the room. I saw that the legislature in some states had not even passed the legalization of mail in ballots. Messy voter rolls I had remembered from previous years were always a concern but nothing compared to all the things I saw on the internet and t.v.



DEFENDANT'S EXHIBIT
1
21-162(BAH)

. It all seemed very wrong. The one thing that should be fully transparent to the American people is the sacred right to vote.

When trump announced the January 6th rally I was still unemployed we were getting stimulus checks and I had saved some of it up at this point being frugal with them as the 15 day had now spread to 9 months I decided to drive out and show my support and also to see Washington DC for the first time in my life I went to a rally and the capitol of my country. The day was cold but exhilarating to see so many people all in 1 place I was in awe of the architecture and the overwhelming sense of patriotism from so many fellow Americans. After trumps speech he said we would all walk to the capitol I casually walked to the capitol building down a street with thousands of people when I got there the crowd was immense. We weaved our way up to the front by scaffolding covered in cloth and I noticed people attempting to climb up a rail alongside we watched the police repel them I filmed some of it. About 20 minutes after standing there a group of police officers came up beside us and I heard people shouting when I turned around I saw some police punching a man, I fully back the police I rooted for them all summer in Portland I was incensed that they did not seem to be detaining but assaulting the man. I started to film but the crowd were surrounding them and there was a shoving match right by me this lasted about 2 minutes then they went off further in the crowd. When I looked back at the rail the police at the top of the rail were gone and everyone was now ascending the stairs. Foolishly I decided to follow amongst them. When we reached the top I saw police blocking doors to the left with a few people over in front of them. But the majority of people were walking up a ramp and into the capitol through the doors on the right. I regretfully once again followed the crowd like a lemming my adrenaline was up and I knew I wasnt supposed to be here but I was in the thick of it by this point. I followed the crowd after entering to the right down a hall to an open area with a lot of piers and police in front of the crowd there was chanting and conversations between the police and the crowd it did not seem hostile. Again we were there for what seemed like a couple minutes with more people filing into the area when the crowd surged forward again down a hall with the police retreating ahead of them. Once we were at the end of the hall everyone started going up stairs and and in different directions this is where I saw the restroom. I went in not having used one since 6 am that morning I washed my hands and when I came out there were some police officers I asked them if they were ok they asked me if I was ok then said it

was time to go. I told them I had just wanted my voice heard they pointed me in the right direction to exit I walked back up the hall I came down with police and other people around me casually this time so I took some pictures of busts and Abraham Lincoln before exiting. Once outside now in a completely different area from where we had entered we milled around and talked to other people. About 30 minutes later a man with blood on him came out and said a woman had been shot. I was shocked I had not seen anyone really being violent other than shoving and yelling and I had seen no weapons other than the ones worn by police. We made our way up the steps to see what had happened there were people demanding answers from the police at the door I tried to record but the crowd once again surged forward and we ended up getting pushed inside. We got crushed up against the police somehow and held at a standstill being crushed by the people behind me and police in front I don't know how I ended up towards the front as I wasnt first through the door but the officer said to go back and obviously couldnt being crushed they released us all at once and maced me at the same time and told us to get on the ground. I said I couldnt see they told me to go through a door to my left where a police officer ordered me to go down a spiral staircase I explained I was having trouble seeing he offered to help me down the stairs. I told him thank you but I could make it. Once outside again I was approached by another group of officers who asked if we were alright about 15 minutes later and he gave me a bottle of water which I used to douse my eyes and drank the other half I threw the empty bottle in a trashcan by the door I exited from. I never saw how violent that day was until I saw the HBO documentary last night 4 hours in the capitol.

 I apologize for the length of this I wanted to let you know how and what happened and my state of mind the entire time. I was not there to be violent or destructive I had no idea or forethought of even going into the capitol that day despite what I mistakenly said in court. I regret being a part of the activity that day and have no excuse for following along. Most of the morning was a feeling of fellowship and camaraderie with everyone there and an afternoon was like a rollercoaster of bewilderment and chaos.
I have 2 boys that I raise by myself, they mean everything to me. I never intended for them to be involved or a
affected by this. My youngest is a type 1 diabetic and my oldest is in an early college program called odysee in wasson high school. I am proud of both of them. I would have to have them sent with my nephew in idaho if i

have to do any jail time for risk of losing my apartment. I expect to be held accountable for my actions. I will face the consequences. But I plead with you not for myself but for them. I am willing to do ankle monitor or anything that will ensure I keep my job and kids secure and not disrupt their lives for my foolish behavior.

I am guilty of being an idiot and walking into that building and again apologize to America and everyone effected for my role in participating. I humbly ask for your reasonable punishment to my offence.

Thank you for your time in reading this letter.

Sincerely, Glenn Wes Lee Croy

Your honor,

    I am Glenn Wes Lee Croy's son Kingston Croy, my father has always provided for me and my brother I look up to and admire him. He is my hero he has done everything in his power to make sure me and my brother are taken care of. He saved me when I wasn't in a good place and was being mistreated. My father has always tried his hardest to be a good person so he can lead by example. He is loving respectful and much more. We are his first priority over everything he would do anything to make sure we are safe and taken care of. He has taught me good morals and to be respectful without him I wouldn't know where I would be today. He has impacted my life in so many ways.

  My father has always taught me to be a decent person. He also taught me the value of hard work and that I should treat others with kindness and respect. I truly believe his work ethic is one to look up to. He has earned his position of foreman for the company he is employed by because of his amazing work ethic. He is level-headed and calm in stressful situations these are all great qualities about him he has instilled in me. I would be lost without him he is everything I aspire to be. He is a major part of my life.

thank you for your time
        Sincerely,
            Kingston Croy.
              09/29/2021

---------- Forwarded message ---------
From: **Hacked Gamer** <█████████████>
Date: Wed, Sep 29, 2021, 12:40 PM
Subject:
To: <█████████████>

To whom it may concern i love my dad and he's a great dad he did everything he could to make sure I was taken care of.