To whom it may concern,

My name is Ivan C Kezer, I am a 31-year-old disabled Marine Veteran. I am writing today regarding Glenn Wes Lee Croy. I have known this man since 2001, when I was a child. I have looked up to this man as an uncle since I was young. In the time that I have known him he has never been violent, never been disrespectful to any authority figure, never been abusive in any capacity and has always done everything within his power to provide for his family.

As a parent, I have witnessed him provide for his two sons, by himself! He has always put their needs above his own and cared for them better than most people I have seen. He is very adamant about instilling good ethics and a solid moral compass into his children, as well as inspiring them to succeed and thrive in life. He is a very hard worker and has more than earned his position as foreman in the company that he is employed by. He has served as a mentor to many individuals who struggled in their own lives and continues to do so even now.

Glenn Croy helped me tremendously as a youth, he intervened when I was being mistreated, he taught me multiple ways to better myself and those around me and he instilled a large amount of work ethic that I have today. He has always been a positive role model for not only me, but my children, his children, and various members of my family. He has always been exceptionally reliable, and extremely peaceful. He has always pushed for nonviolent approaches to solve issues of various severities. He has always had a level head in high stress environments and hostile situations, sometimes at his detriment. I have personally seen him deescalate multiple situations that could have gone very bad, very quickly.

During my rougher years as a child and adult he has given sound, level headed advice. He has always advised a nonviolent, peaceful approach to resolve my issues and his. I cannot adequately put into words the amount of kindness that I have seen in him throughout my life. I have seen and been around some truly dreadful people; people who just want to watch the world burn, some who have tried to make it so. Mr. Croy is not that kind of person; he would give the shirt off his back to a person in need. He would give the last of his food to someone if it meant they wouldn't be hungry.

During the Capital incident in January there is video proof that he was nonviolent. He was not destructive in any capacity and can be seen in multiple videos telling people not to break anything. He was swept up in the crowd that was let into the building. Glenn Croy was not there for blood like what is being portrayed, he was there in the hope that his concerns would be recognized, which is the right of every American.

The actions he took during the incident do not align with the conduct outlined in 18 U.S. Code § 2101. The video evidence shows that he was telling people not to perform illegal actions, but to have their voices heard peacefully. He did not conduct any violent actions, he did not incite violence, if anything he was a victim of circumstances. Swept away in a crowd that just wanted their voices to be heard.

There are bad people in the world, terrible people; people who want to jump straight to violence, who want to watch the world burn. Glenn Wes Lee Croy is not one of them. He is a single parent doing the best that he can for his family and community. He is a doting father who works his hands to the bone to provide for his children. He is an upstanding citizen that is doing the best he can to be a positive influence in his community and workplace. I have seen him constantly striving to be better for himself and for his family. He needs to be with his family, he needs to be there for his sons who rely on him alone. He is the only stable person they have; he is their rock as they are his.

PENGAD-Bayonne, N.J.
DEFENDANT'S EXHIBIT
2
21CR162(BAH)

It is my sincere belief that he does not rate the punishment being given, and I hope that some leniency can be given to him. He is an amazing father and member of his community. He has always presented himself as a positive role model for those around him and has always taken care of everyone he can. I believe, with every fiber of my being, that a mistake is being made in punishing this father for being peaceful during a time when emotions were running rampant. It is my sincere hope that the courts will do the right thing and prove to the world that America is not the corrupted place that everyone thinks we are and that we can remain a beacon of hope for the lost and downtrodden.

Respectfully,

Ivan C Kezer

USMC/RET

20210928

From: **Jon Daigle**
Date: Thu, Sep 30, 2021, 7:19 PM
Subject:
To:

I've known Wes for around 20 years. We met through mutual friends and mostly saw each other at shows for the band I played in back then. Wes always stood out as a thoughtful person who genuinely cared about us, our families, and everyone else at the shows.

The last time I saw him we talked at length about the importance of honesty, truth, and accountability. We talked about the next generation and how often he tells his kids about taking responsibility for your actions. I remember specifically saying, "See, you're exactly the kind of person who should have kids."

I also think about Jerry, Wes' best friend who passed away last year, and how they didn't see eye to eye on various topics. One of my favorite things about Wes is how he didn't let that keep them from being friends. So much of the world today is so angrily divided over differences of opinions. There's too much "us vs them; you're either with us or against us" happening. Wes doesn't embody that. He knows the best solutions, and indeed the way human beings evolve, is through appreciating the gray area of our differences. I could talk to Wes for hours about this kind of stuff.

Wes is also excited about the future of space exploration, and shares that with his kids. We've talked about Elon Musk, SpaceX, and how we look forward to seeing humans get to Mars in our lifetime.

I know Wes is a big Dungeons and Dragons guy too - I'm a late bloomer on that front but I know he's got decades worth of experience he'd love to school me on if I asked.

Forwarded message

From: **Bane Donnelly** <[redacted]>
Date: Wed, Sep 29, 2021, 6:49 AM
Subject: Regarding Mr Glenn Wes Croy
To: [redacted]

Your Honor,
My name is Benjimin Donnelly and I am known Mr. Croy for more than 10 years now and wanted to testify on behalf of his character and personality. I met Mr. Croy on accident, I was in need and he was just a stranger who came to my aid and since then he has shown me that he the type of person he is. He is a person who uses good judgement and cares for his fellow man. I have seen how he raises his kids and how he treats the people around him, and I am very honored to call him a friend. In all the years that I have known him, I have never seen him react poorly or out of anger in a huge number of circumstances and would even let him care for my own, new born daughter. He is a very reasonable person and I believe this incident has been blown out of proportion. Please feel free to contact me personally, with any more questions regarding Mr Glenn wes Croy.

Sincerely,
Benjimin Chrsitopher Donnelly

From: **Samantha Beckner** [redacted]
Date: Wed, Sep 29, 2021, 12:53 PM
Subject: Glenn
To: [redacted]

To Whom It May Concern,
Glenn Croy is the Father of my two children Kingston and Daemon he has been taking care of them for the last two years, the boys are everything to him. Glenn is a responible and good father to them. Our one son is a type 1 diabetic and has to have consistant care our other son is currently enrolled in a excellerated high school/collage program. Glenn does currently take responsibility for the boys as i do not work in the area that we live i am consistantly gone overnight and out of town at any given period of time.

Thank You,
Samantha B.

From: **Virginia Prosenick**
Date: Wed, Sep 29, 2021, 2:59 PM
Subject: Character reference letter
To: 

To whom This concerns:

I have known Wes Croy for over 15 years, I've watched him grow from a young man who was a bit hot-headed, passionate in hi beliefs, and a bit irresponsible, to someone devoted to his kids, his job and giving them the best life possible. He was always rea serious about his job as a Mason and always worked real hard at it. When he began to develope relationships with other people became more serious with life. He stopped partying and was more responsible in his relationships and work. I noticed his bigges growth when he became a father, he no longer wanted to be the young man who wanted to go to parties . He became someone thought about others instead of himself. When his boys were born he devoted himself to their care and being the best father tha can. He has fought hard to keep his boys as a single father, providing for them and giving them the best that he can. He's becor somebody I am proud to know. If you need anything else from me please let me know.

Sincerely,
Virginia Prosenick

---------- Forwarded message ---------
From: **Lindsey Walter**
Date: Thu, Sep 30, 2021, 6:59 AM
Subject: Reference letter
To:

To whom it may concern,

I have known Wes for approximately 20 years. Over the course of time Wes and his two boys have become like family to me and my son.

Wes has always worked hard to provide for his family, he also goes out of his way to help those in need. He is one of the most calmest, big hearted persons I know. With NOT a mean or violent bone in his body. He is respectful to anyone he comes in contact with.

When it comes to his boys, Wes has always been such an amazing father. I have never known a man to step up to provide for his family like he has. He has always worked hard and has always made sure they have a roof over their head a good education and has provided them with anything that they need. Especially his youngest who has diabetes. He makes sure he gets his youngest to the doctors when needed. His boys have always been his number one priority. He has raised them to be kind, respectful young men.

With everything Wes has done for others I believe he deserves great things for himself.

Thank you,
Lindsey Walter

Theisen Masonry, Inc. 09/27/2021

Dear Sir or Madam,

I am very happy to write a character reference for Glen Wes Croy. I have known Wes for 10 years now. He has been and is an employee/bricklayer of my company. He has worked his way into a foreman position. Wes has proven to be a very valuable employee! He is a very respectful person and a true team player. I have witnessed his growth with the company and have no doubt he will continue to learn and advance. He has great leadership qualities with amazing professionalism.

On a personal side, I know Wes is a great father of 2 boys. He is a responsible dad and I've watched him teach his oldest son parts of the masonry trade. He is proud of them. He shows them how to be responsible, respectful and ambitious. Teaching them life skills is top priority for Wes, and it genuinely shows in his boys.

Wes is truly an asset. I look forward to many more years of growth in the masonry industry and Wes will be an excellent part of that growth.

Respectfully,

Rick Theisen
Theisen Masonry, Inc.

Hello Glenn.

**9-30-2021**

**To whom it may concern. I am writing this s reference letter on behalf of Glen Wes Lee Croy. Glen has been a BAC Local 7 Union member 2014. Glen has great work ethic; he shows up to work and does a great job. He also is a great mentor to the apprentices and laborers on his jobs. Glenn also is a great father. He has carried on teaching his great work ethic to his children. I was very impressed to see his son Kingston work hard on a job this past summer.**

**Regards,**

**Jerry Gondek**

**Field Representative BAC Local 7**

---------- Forwarded message ---------
From: **Troy Coverdale**
Date: Thu, Sep 30, 2021, 1:25 PM
Subject:
To:

To whom it may concern;

I've known wes croy for about 20 years plus. Wes and his family i knew back in Montana where I attended school. He has always been a good guy , before hanging out and helping my cousin with his paper he would get his chores done to help out then help me and my cousin with his paper route. In the time I've known him he has been very helpful ,down to earth and a really good friend. Understanding of others feeling and a great father of his two boys.