UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-000162-1(BAH) |
| GLEN WES LEE CROY, | : | |
| | : | |
| Defendant. | : | |

# DEFENDANT'S NOTICE TO THE COURT OF FILING ADDITIONAL EXHIBITS

Mr. Glen Croy, through undersigned counsel, Kira Anne West, gives notice to the Court and the Government that the defendant is filing an additional 4 exhibits to his reply to the government's sentencing memo. They are:

1. Reply Exhibit 1: VLC record 2021-10-14-13h43m32s-20210106-Rioting; United_States_Capitol_Building-MP4;

2. Reply Exhibit 2: Resized *20211025*150733.jpeg;

3. Reply Exhibit 3:CAPD_000001588.MOV; and

4. Reply Exhibit 4: Jan 6 HSGAC Rules Report.

These exhibits, with the exception of exhibit 2, cannot be filed on CM/ECF.  The Defendant will work with the Government to make this exhibits accessible to the Court and the defendant has no objection to these exhibits being released to the public.

Respectfully submitted,

1

By:     /s/
    KIRA ANNE WEST
    DC Bar No. 993523
    712 H. St NE, Unit #509
    Washington, D.C. 20002
    Phone: 202-236-2042
    kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 27th day of October, 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

    /S/
    Kira Anne West